**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jan Anthony BORRA, Defendant—
Appellant.**

**No. 03–10374.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2004.*

Decided June 24, 2004.

Jonathan B. Conklin, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Robert W. Rainwater, AFPD, Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: LEAVY, THOMAS and FISHER, Circuit Judges.

**MEMORANDUM ***

Jan Anthony Borra appeals the 57–month sentence imposed following his guilty plea to transportation of a minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a). We have jurisdiction pursuant to 18 U.S.C. § 3742(a), and we affirm.

Borra contends that the government violated the plea agreement by arguing that his offense level should be calculated under U.S.S.G. § 2A3.2 pursuant to a cross-reference from U.S.S.G. § 2G1.1(c)(3). Because the plea agreement states that Borra's conduct is to be governed by U.S.S.G. § 2G1.1, which includes § 2G1.1(c)(3), we conclude that the government did not violate the plea agreement. *See United States v. Clark,* 218 F.3d 1092, 1095 (9th Cir.2000) ("If the terms of the plea agreement on their face have a clear and unambiguous meaning, then this court will not look to extrinsic evidence to determine their meaning.").

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.